# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**CAROL SAMWAY,**

        **Plaintiff,**                                 **8:12CV103**

**v.**                                                          **ORDER**

**RUSTY ECK FORD OF OMAHA, INC.,**

        **Defendant.**

This matter is before the Court on the parties' Joint Status Report and Joint Motion to Extend Stay Pending Arbitration (Filing No. 12). The parties have submitted to the Court their Arbitration Agreement setting forth the parties' final arbitration schedule. Under the circumstances, good cause exists to extend the stay of these proceedings pending arbitration. Accordingly,

    **IT IS ORDERED:**

    1.     The parties' Joint Motion to Extend Stay Pending Arbitration (Filing No. 12) is granted.

    2.     The stay shall continue until further order of the Court.

    3.     Counsel shall file a joint status report concerning the status of this case on **March 28, 2013, and every 120 days thereafter,** such report to include an update on the status of the arbitration proceedings and whether the stay should continue in effect.

    Dated this 29th day of November, 2012.

                                                          BY THE COURT:

                                                          s/ Thomas D. Thalken
                                                         United States Magistrate Judge